IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:18-CR-142 |
| AARON DESHAWN JOHNSON, | | JUDGE WALTER H. RICE |
| Defendant. | : | |

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (DOC. #47)

Given that Defendant was released from the custody of the Bureau of Prisons in March of 2021, the Court OVERRULES AS MOOT his Motion for Compassionate Release, Doc. #47, in which he argued that early release was warranted due to his increased vulnerability to COVID-19.

Date: July 9, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE